

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00282-CV

SALVADOR OIL, LLC. AND DARTEX ENERGY CORPORATION, Appellants

§

§

V.

§

§

RIOTEX SWABBING, INC., Appellee

On Appeal from County Court at Law No. 2

of Tarrant County (2018-002492-2)

October 11, 2018

Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM